Andrew B. Downs, SBN 111435
E-mail: andy.downs@bullivant.com
Ted A. Smith, SBN 159986
E-mail: ted.smith@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Trumbull Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARSHA CAMPBELL,<br><br>             Plaintiff,<br><br>     vs.<br><br>TRUMBULL INSURANCE COMPANY,<br><br>             Defendant. | Case No.: 1:23-cv-00972-DJC-SCR<br><br>**STIPULATION FOR ENTRY OF CLAWBACK ORDER;** ~~(PROPOSED)~~ **CLAWBACK ORDER PURSUANT TO F.R.E. 502** |

Plaintiff Marsh Campbell and defendant Trumbull Insurance Company stipulate and request pursuant to Federal Rule of Evidence 502 that the Court enter the proposed order appearing below. This request is made to protect against inadvertent waiver of applicable privileges as authorized by Rule 502, and in particular subsection (d) of that rule.

DATED: August 9, 2024

BULLIVANT HOUSER BAILEY PC

By  /s/ *Andrew B. Downs*
Andrew B. Downs
Ted A. Smith

Attorneys for Defendant Trumbull Insurance Company

DATED: August 9, 2024

KERLEY SCHAFFER LLP

By  /s/ *Dylan L. Schaffer*
J. Edward Kerley
Dylan L. Schaffer

Attorneys for Plaintiff Marsha Campbell

## CLAWBACK ORDER PURSUANT TO F.R.E. 502

Federal Rule of Evidence 502(d) authorizes the Court to enter an order providing that any applicable privilege or protection is not waived by inadvertent disclosure connected with the litigation pending before the court. The parties having stipulated, and good cause appearing,

IT IS HEREBY ORDERED, pursuant to Federal Rule of Evidence 502, that

1. The inadvertent disclosure, in oral or written form, of any information which would otherwise be protected by Federal Rule of Evidence 501, Federal Rule of Evidence 502, or Division 8 (commencing at section 900) of the California Evidence Code, shall not operate as a waiver of the applicable privilege or the work-product protection.

2. Pursuant to Federal Rule of Evidence 502(d), any disclosure protected by this Order also is not a waiver of the applicable privileges or work-product protection in any other Federal or State proceeding.

3.      Should counsel for any party receive a document which he or she reasonably believes contains material protected by a privilege under Federal Rule of Evidence 501, Federal Rule of Evidence 502 or Division 8 (commencing at section 900) of the California Evidence Code, counsel shall immediately notify counsel for the holder of the privilege and shall return all copies of the document upon request, without waiving the receiving party's right to seek an order from the Court that the document(s) in question are discoverable.  Notwithstanding the foregoing, if the receiving party believes it has reasonable grounds to seek an order that the document(s) in question are discoverable, it may retain one copy solely for purposes, and for the duration, of the effort to seek such an order.

4.      Should counsel for any party discover that it has produced a document(s) protected by privilege that she or he reasonably believes has been inadvertently produced, he or she shall immediately notify counsel for all other parties and request return of the document(s).

IT IS SO ORDERED.

DATED: 8/9/2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR ENTRY OF CLAWBACK ORDER; (PROPOSED) CLAWBACK ORDER PURSUANT TO F.R.E. 502: CASE NO.: 1:23-CV-00972-DJC-SCR